**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| MANOJ KUMAR,<br>Petitioner,<br>v.<br>MARK BOWEN, et al.,<br>Respondents. | Case No. EDCV 26-0719-JFW (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered (1) granting the Petition; (2) DENYING Respondents' Motion to Dismiss the Petition; (3) ordering Respondents to immediately release Petitioner Manoj Kumar (A# 221-170-634) from immigration detention subject to the conditions of Petitioner's most recent order of supervision, if any, and without the imposition of any new or further restraints;

and (4) enjoining Respondents from re-detaining Petitioner absent strict compliance with the requirements of due process and all applicable statutes and regulations.

Respondents are further ordered to file a status report within two days of the date of this Order confirming Petitioner's release from custody.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 18, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE